# In the United States Court of Federal Claims

No. 13-834 C
Filed: November 1, 2013

```
*******************************************
                                          *
                                          *
DONALD MARTIN, JR., et al.,               *
                                          *
        Plaintiffs,                       *
                                          *
v.                                        *
                                          *
THE UNITED STATES,                        *
                                          *
        Defendant.                        *
                                          *
                                          *
*******************************************
```

**ORDER**

Pursuant to Rule 16 of the Rules of the United States Court of Federal Claims and the October 31, 2013 status conference, the court hereby orders that the proceedings in this case are stayed. The Government will inform the court as to the status of proposed Congressional legislation concerning federal employee back-pay and its potential relevancy, if any, to this case.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**
