# In the United States Court of Federal Claims

No. 13-834 C
Filed: November 1, 2013

```
*******************************************
                                          *
                                          *
DONALD MARTIN, JR., et al.,               *
                                          *
         Plaintiffs,                      *
                                          *
v.                                        *
                                          *
THE UNITED STATES,                        *
                                          *
         Defendant.                       *
                                          *
                                          *
*******************************************
```

**TRANSFER ORDER**

For the efficient administration of justice, the court has conferred with the Honorable Patricia E. Campbell-Smith and she has agreed to accept the transfer of this case pursuant to Rule 40.1(b) of the Rules of the United States Court of Federal Claims.

This action is transferred to the Honorable Patricia E. Campbell-Smith.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**