# In the United States Court of Federal Claims

No. 13-834C

(E-Filed: July 31, 2014)

|  |  |
|---|---|
| DONALD MARTIN, JR., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

## ORDER

     Plaintiffs filed a motion to conditionally certify this case as a collective action. Pls.' Mot. to Certify, Jan. 28, 2014, ECF No. 14.  In light of the court's ruling today denying defendant's motion to dismiss Counts One and Two of plaintiffs' complaint, Opinion and Order, July 31, 2014, ECF No. 38 (Op.), defendant shall respond to plaintiffs' motion to conditionally certify this case as a collective action on or before **September 2, 2014**, see Order, Feb. 19, 2014, ECF No. 22.  Plaintiffs will reply thereafter according to the rules of this court.  The parties may propose additional proceedings to coincide with the briefing of conditional certification if they wish.  See Op.  The parties shall set forth any such proposals in a joint status report, to be filed on or before **August 14, 2014**.

     IT IS SO ORDERED.

                                           s/ Patricia E. Campbell-Smith
                                           PATRICIA E. CAMPBELL-SMITH
                                           Chief Judge