IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DONALD D. MARTIN, JR., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 13-834C |
| | ) | (Chief Judge Campbell-Smith) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Order, dated July 31, 2014, the plaintiffs, Donald Martin, Jr., Patricia Manbeck, Jeff Roberts, Jose Rojas, and Randall Sumner, and defendant, the United States, respectfully submit the following joint status report.

Given the Court's decision issued on July 31, 2014, plaintiffs are revising their motion to certify a conditional collective action, including the class definition, the proposed order granting conditional certification of the collective action, and the notice to the members of the putative collective action, and the consent to join forms.

The parties are discussing the various draft filings relating to conditional certification of a collective action, including the definition of the action, in an effort to reach an agreement on the form and substance.  We propose suspending current deadlines, including the date for defendant to file its response to the motion for conditional class certification, as set forth below, in order for the parties to meet and confer and possibly narrow the issues that must be resolved by the Court.  We hope to reach an agreement on all or most of the outstanding issues, or at least identify the specific areas of disagreement.

We also respectfully propose that the Court order the parties to file another Joint Status Report on or before September 19, 2014, in which we would propose a schedule for resolving any areas of disagreement. It may be that by then, we will have considerably narrowed the areas about which we will need to submit briefs to the Court. In that Joint Status Report, we will also address discovery on the liquidated damages issue in compliance with paragraph III.5 of Appendix A of the Rules of the United States Court of Federal Claims. The parties also request that the Government's deadline for answering the plaintiffs' Second Amended Complaint be extended to September 19, 2014. Finally, the parties request that the Government's deadline for responding to plaintiffs' motion for conditional certification be within 30 days of the filing of the plaintiffs' revised motion for conditional certification, if necessary.

|  |  |
|---|---|
|  | Respectfully submitted, |
| s/Heidi R.Burakiewicz | STUART F. DELERY |
| HEIDI R. BURAKIEWICZ | Assistant Attorney General |
| Mehri & Skalet, PLLC |  |
| 11250 Connecticut Ave., NW |  |
| Suite 300 |  |
| Washington, D.C. 20036 | ROBERT E. KIRSCHMAN, JR. |
| (202) 822-5100 | Director |
|  |  |
| Steven A. Skalet |  |
| Michael Lieder | s/Reginald T. Blades, Jr. |
| Taryn Wilgus Null | REGINALD T. BLADES, JR. |
| Mehri & Skalet PLLC | Assistant Director |
| 1250 Connecticut Avenue NW |  |
| Suite 300 |  |
| Washington, DC 20036 |  |
| (2020 822-5100 |  |

|  |  |
|---|---|
| . | s/Sharon A. Snyder<br>SHARON A. SNYDER<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 616-0347 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| August 14, 2014 | August 14, 2014 |