IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DONALD D. MARTIN, JR., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 13-834C |
| | ) | (Chief Judge Campbell-Smith) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AS TO CONDITIONAL CERTIFICATION

Pursuant to the Court's Order, dated September 23, 2014 (Dkt. No. 44), the plaintiffs, Donald Martin, Jr., Patricia Manbeck, Jeff Roberts, Jose Rojas and Randall Sumner, and defendant, the United States, have agreed to all of the terms of, and respectfully request the Court to enter, the proposed Order attached hereto, which sets out a definition for the collective action, approves of the language of two forms of Notice attached as Exhibits A1-A2 thereto and of a Consent to Join form attached as Exhibit B thereto, and provides a process for giving notice to members of the proposed collective action.

[Signatures on Next Page]

Respectfully submitted,

| | |
|---|---|
| s/Heidi R. Burakiewicz | |
| HEIDI R. BURAKIEWICZ | JOYCE R. BRANDA |
| Mehri & Skalet, PLLC | Acting Assistant Attorney General |
| 11250 Connecticut Ave., NW | |
| Suite 300 | |
| Washington, D.C. 20036 | ROBERT E. KIRSCHMAN, JR. |
| (202) 822-5100 | Director |
| | |
| Steven A. Skalet | |
| Michael Lieder | Reginald T. Blades, Jr. |
| Taryn Wilgus Null | REGINALD T. BLADES, JR. |
| Mehri & Skalet PLLC | Assistant Director |
| 1250 Connecticut Avenue NW | |
| Suite 300 | |
| Washington, DC 20036 | |
| (2020 822-5100 | |

 s/Sharon A. Snyder
SHARON A. SNYDER
ERIN K. MURDOCK-PARK
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
 Ben Franklin Station
Washington, D.C.  20044
(202) 616-0347

| | |
|---|---|
| Attorneys for Plaintiff | Attorneys for Defendant |
| | |
| October 10, 2014 | October 10, 2014 |