IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DONALD D. MARTIN, JR., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 13-834C |
| | ) | (Chief Judge Campbell-Smith) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order, dated February 11, 2015, the plaintiffs, Donald Martin, Jr., Patricia Manbeck, Jeff Roberts, Jose Rojas, and Randall Sumner, and defendant, the United States, respectfully attach the following documents to this joint status report for the Court's review and approval: Notice To DoD Civilian Employees Of Lawsuit Against United States (Ex. A) and [edited] Consent to Join Collective Action (Ex. B).  The parties also expected to file in a separate pleading, under seal, an alternative notice for certain FLSA non-exempt excepted Federal employees who were the subject of an in-chambers conference with the Court. However, additional internal review is needed for the alternative notice before it is finalized for the Court's review.  Therefore, the parties respectfully request leave to file that alternative notice with the status report due on March 3, 2015.

                                                Respectfully submitted,

| | |
|---|---|
| s/Heidi R.Burakiewicz | JOYCE R. BRANDA |
| HEIDI R. BURAKIEWICZ | Acting Assistant Attorney General |
| Mehri & Skalet, PLLC | |
| 11250 Connecticut Ave., NW | |
| Suite 300 | |
| Washington, D.C. 20036 | ROBERT E. KIRSCHMAN, JR. |
| (202) 822-5100 | Director |

| | |
|---|---|
| Steven A. Skalet | |
| Michael Lieder | s/Reginald T. Blades, Jr. |
| Taryn Wilgus Null | REGINALD T. BLADES, JR. |
| Mehri & Skalet PLLC | Assistant Director |
| 1250 Connecticut Avenue NW | |
| Suite 300 | |
| Washington, DC 20036 | |
| (2020 822-5100 | |
| | s/Sharon A. Snyder |
| | SHARON A. SNYDER |
| | ERIN MURDOCK-PARK |
| | Trial Attorneys |
| | Commercial Litigation Branch |
| | Civil Division |
| | Department of Justice |
| . | P.O. Box 480 |
| | Ben Franklin Station |
| | Washington, D.C.  20044 |
| | (202) 616-0347 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| February 20, 2015 | February 20, 2015 |

# EXHIBIT A

DO NOT CONTACT THE COURT OR YOUR AGENCY ABOUT THIS NOTICE

## NOTICE TO DOD CIVILIAN EMPLOYEES OF LAWSUIT
## AGAINST UNITED STATES

Federal employees who were required to work during the partial government shutdown in October 2013 have sued the United States in the United States Court of Federal Claims. They contend that the Government violated the Fair Labor Standards Act ("FLSA") by not paying "excepted" employees a minimum wage and overtime compensation on their regularly scheduled paydays for work performed during the shutdown. You were sent this Notice because the parties believe that you may meet all conditions to participate in this lawsuit.

This Notice is a summary because of the limitations of the DFAS system; you may access a fuller Notice by clicking here. You also may obtain additional information about the case by visiting www.shutdownlawsuit.com, a website created by Plaintiffs' lawyers at Mehri & Skalet, PLLC. Finally, you may contact those lawyers by calling (202) 822-5100 or emailing shutdownlawsuit@findjustice.com.

In a decision issued July 31, 2014, the Court concluded:

- The Government violated the FLSA for excepted employees who were classified as non-exempt under the FLSA and were not paid the minimum wage for all hours worked during the week of September 29, 2013 through October 5, 2013, or who were not paid for overtime worked during that week, on their regularly scheduled paydays;

- The Government did not violate the FLSA as to excepted employees who were classified as exempt under the FLSA.

The Court has not yet ruled on whether the Government is liable to pay excepted employees "liquidated damages." If awarded, liquidated damages may double the amount of any shortfall in minimum wages and any overtime wages that should have been paid for work performed during the week of September 29, 2013 through October 5, 2013.

If you join the lawsuit, you will be bound by any settlement or judgment. You also will be subject to a contingency fee agreement with plaintiffs' lawyers. Under that agreement if there is no recovery you will not have to pay any attorneys' fees or costs. If there is a recovery, plaintiffs' lawyers are entitled to reimbursement of all costs reasonably incurred in the litigation and to fees equal to 20% of the recovery. A copy of the fee agreement is available at www.shutdownlawsuit.com.

If you do not join this lawsuit, you will not be affected by any judgment or settlement or share in any monetary recovery in this case. You will retain the right to pursue these claims with your own lawyer at your expense.

To join the litigation, go to the "Join the Case" page of www.shutdownlawsuit.com. It describes how to fill out the "Consent to Join" form online and to sign it electronically. Due to the large number of persons eligible to participate, any other form of submission is discouraged.

DO NOT CONTACT THE COURT OR YOUR AGENCY ABOUT THIS NOTICE

Your signed consent form must be returned to plaintiffs' lawyers on or before 11:59 p.m. on [**insert in bold date from court order**.]  If your signed consent form is not returned by then, you will not be eligible to join the lawsuit and will not participate in any recovery obtained in this lawsuit.

Please do not contact the Court or your agency with questions or requests for information.

**THIS NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE UNITED STATES COURT OF FEDERAL CLAIMS.**

**EXCEPT FOR THE DECISION OF JULY 31, 2014, THE COURT HAS TAKEN NO POSITION REGARDING THE MERITS OF PLAINTIFFS' CLAIMS OR DEFENDANT'S DEFENSES.**

**NEITHER THE COURT NOR THE GOVERNMENT HAS REVIEWED OR ENDORSES THE ACCURACY OF ANY OF THE INFORMATION ON THE WEBSITE MAINTAINED BY PLAINTIFFS' LAWYERS, WWW.SHUTDOWNLAWSUIT.COM.**

# EXHIBIT B

# CONSENT TO JOIN COLLECTIVE ACTION

**Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b)**

1. I, the undersigned, agree to pursue my minimum wage and overtime claims arising out of work performed as an employee of the United States between October 1 and October 5, 2013 in the lawsuit captioned *Martin et al. v. United States*, No. 13-834C in the United States Court of Federal Claims.

2. I was designated as an "excepted employee." I performed work for the United States between October 1 and October 5, 2013, but was not paid for that work on my regularly scheduled payday.

3. I understand that this lawsuit is brought under the Fair Labor Standards Act ("FLSA"), as amended, 29 U.S.C. §§ 201-219. To the best of my knowledge, as of October 1, 2013, I was classified as "non-exempt" under the FLSA.

4. I consent, agree and opt in to become a plaintiff and to be bound to any judgment by the Court or any settlement of this action.

5. I designate the law firm of Mehri & Skalet PLLC to represent me for all purposes in this action pursuant to the terms of the Retainer Agreement found at www.shutdownlawsuit.com.

6. I also designate the representative plaintiffs identified in the Notice as my agents to make decisions by majority vote on my behalf concerning the litigation, including as to any settlement agreements.

Date: _____                _____
                                              Signature

_____
First Name              M.I.              Last Name

_____
                    Home Street Address

_____
City                    State             Zip Code

_____
Federal Agency          Component[1]      Job Location (City, State)

---

[1] The component is the major division of the agency for which you work. Examples are Department of Homeland Security (agency) and U.S. Customs and Border Protection (component) or Department of Justice (agency) and Bureau of Prisons (component).

_____

Duty Assignment                                                                 Job Title

_____                              _____                              _____
      Grade[2]                                             Step                                           Worked OT 9/29/13-10/5/13[3]

_____

Personal Email Address[4]

_____

Home Phone Number[5]                                              Cell Phone Number

_____XXX-XX-_____
Social Security Number (last four digits only for identification)

---

[2]   Provide your grade and step as of October 1, 2013. If you were not on the GS scale, identify the pay system under which you were paid.

[3]   Please answer "I don't remember," if you are uncertain whether you worked overtime during this period.

[4]   Do not provide your government email address. If you do not have a personal email address, please provide us with the email address of a trusted family member or friend.

[5]   If you have only a home phone or only a cell phone, please put the same phone number in each box.