IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DONALD D. MARTIN, JR., *et al.*,    )
                                    )
            Plaintiffs,             )
                                    )
    v.                              )           No. 13-834C
                                    )   (Chief Judge Patricia Campbell-Smith)
                                    )
THE UNITED STATES,                  )
                                    )
            Defendant.              )

## DEFENDANT'S STATUS REPORT

By order dated February 24, 2015, the Court instructed defendant, the United States, to submit (1) a status report regarding the Government's readiness for government-wide notice distribution, and (2) a separate joint status report, filed under seal, submitting a proposed alternative notice form for certain FLSA non-exempt excepted federal employees.  For the reasons set forth below, defendant respectfully submits this status report in response to both of the Court's directed filings.

Government-wide Notice Distribution

Defendant states that agency preparations for Government-wide notice will be finalized by March 9, 2015.  The Government respectfully requests that it be afforded a period of six business days, or between March 9-16, 2015, within which the agencies are to issue the notice. Certain agencies will commence issuing notice on the ninth, and all agencies will complete the process by the sixteenth.  Allowing the Government this period of time within which to issue notice will afford us some flexibility to address unforeseen technical issues that may arise when carrying-out a large-scale electronic mail notification requirement.  Furthermore, allowing notification to occur over a period of days rather than on a single day could lessen the burden on the class action administrator website that could occur from the website receiving a high volume

of opt-in submissions or other traffic in a short period of time.  Defendant does not propose any change to the date by which potential class members are to submit their opt-in form. Defendant's counsel has consulted with plaintiffs' counsel regarding this request and plaintiffs' counsel states that they do not oppose the request.

For these reasons, defendant respectfully requests that the Court direct notice to begin on March 9, 2015, and that the Government will have up to and including March 16, 2015, to send out notice of this class action to potential class members.

<u>Proposed Alternative Notice Form</u>

Following the submission of the parties' joint status report on February 20, 2015, defendant became aware of issues with regards to the preparation of a proposed alternative notice that would require further internal review before a proposed notice could be approved and presented to plaintiffs' counsel for review.  Accordingly, defendant respectfully requests that it be given seven additional days, up to and including March 10, 2015, within which to file the proposed alternative notice.  This requested enlargement of time will not affect the proposed notification schedule set forth above.  This is defendant's second request for an enlargement for this purpose. Defendant's counsel has consulted with plaintiffs' counsel regarding this request and plaintiffs' counsel states that they do not oppose the request.

Respectfully submitted,


Benjamin C. Mizer
Acting Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director


s/Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director


s/Joseph E. Ashman
JOSEPH E. ASHMAN
ERIN MURDOCK-PARK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C.  20044
(202) 353-7578
jeashman@usdoj.gov


March 3, 2015                                    Attorneys for Defendant