# In the United States Court of Federal Claims

No. 13-834C
(E-Filed: March 4, 2015)

|  |  |
|---|---|
| DONALD MARTIN, JR., et al., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

ORDER DIRECTING NOTICE DISTRIBUTION

      On March 3, 2015, defendant filed a status report, setting forth a proposed, unopposed notification schedule and requesting that the court direct the issuance of notice by agencies in accordance with the same.  Def.'s Status Report, Mar. 3, 2015, ECF No. 66.

      By this order, the court:  (1) **GRANTS** defendant's proposed, unopposed schedule for government-wide distribution of notice; and (2) further to the agreed upon terms regarding the manner of giving notice, as jointly stipulated to by the parties and adopted by the court in its order dated October 16, 2014 ("Class Certification Order"), ECF No. 46, **ESTABLISHES** certain collective action dates relevant to the provision of such notice and **DIRECTS** the filing of a stipulation by the parties accordingly.

Proposed Implementation of and Schedule for Notice Distribution

      In its status report, defendant confirms that agency preparation for government-wide notice distribution will be finalized by **Monday, March 9, 2015**.  Id. at 1; see also Joint Status Report, Feb. 10, 2015, ECF No. 61, at 3.

      Defendant proposes, and plaintiff does not object to, a time frame of **six (6) business days**, rather than a single day, within which agencies are to issue notice to potential collective action members.  Def.'s Status Report 1.  Defendant explains that

notice distribution in this manner will afford some flexibility for the parties to address any unforeseen technical issues that may arise from the implementation of a large-scale electronic mail notification.  See id. at 1–2.

Defendant proposes that notice distribution by the agencies commence on **Monday, March 9, 2015**, and continue for **six (6) business days**, up until and including **Monday, March 16, 2015**, by which time defendant representations that all agencies will have completed notice distribution.  Id. at 1.

The court hereby **GRANTS** defendant's proposed, unopposed notification schedule for government-wide distribution of notice to potential collective action members as set forth in defendant's status report.

<u>Collective Action Dates and Directives Pursuant to Class Certification Order</u>

Defendant indicates that "all agencies will complete the [notice distribution] process by the sixteenth [of March, 2015]."  Def.'s Status Report 1.  Based on defendant's representation, which plaintiff does not object to, the court hereby **ESTABLISHES** the date of **Monday, March 16, 2015** to be the **Notice Date**, which is defined, pursuant to the terms set forth in the Class Certification Order, as the "date certain by which all [forms of notice] will be emailed to the work email addresses of the persons that have been identified."  Class Certif. Order ¶ 6.

Defendant represents that it does not propose any changes to the date for the submission of consent forms by potential collective action members.  Def.'s Status Report 2.  Based on defendant's representation, the court hereby **ESTABLISHES** the **deadline for the submission of signed consent forms** by potential collective action members to be **11:59 PM of Monday, June 29, 2015**, which is calculated, pursuant to the terms set forth in the Class Certification Order, as "105 days from the Notice Date."  Class Certif. Order ¶ 10.  Moreover, in accordance with the terms set forth in the Class Certification Order, the court hereby **DIRECTS** the parties to insert the established deadline for the submission of signed consent forms, **Monday, June 29, 2015**, in the appropriate places within the forms of notice which have been reviewed and approved by the court heretofore.  See id.

Finally, in accordance with the terms set forth in the Class Certification Order, the court **DIRECTS** the parties to submit, on or before **Thursday, March 26, 2015**, a **stipulation** that sets forth the dates identified from the establishment of the Notice Date pursuant to paragraphs 7, 8, 10 and 11 of the Class Certification Order.  See id. ¶ 12.

Conclusion

Based on the foregoing, the court **DIRECTS** government-wide distribution of notice in the following manner:

(1) Distribution of notice by agencies shall commence on **Monday, March 9, 2015**, and continue for **six (6) business days**, up until and including **Monday, March 16, 2015**, by which time distribution of notice shall be completed.

(2) The date of **Monday, March 16, 2015** is established as the **Notice Date**.

(3) The **deadline for the submission of signed consent forms** by potential collective action members is **11:59 PM of Monday, June 29, 2015**, and such date shall be inserted in the appropriate places within the forms of notice which have been reviewed and approved by the court heretofore.

(4) On or before **Thursday, March 26, 2015**, the parties shall submit a **stipulation** that sets forth the dates identified from the establishment of the Notice Date pursuant to paragraphs 7, 8, 10 and 11 of the Class Certification Order.

IT IS SO ORDERED.

 s/ Patricia Campbell-Smith
PATRICIA CAMPBELL-SMITH
Chief Judge