IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DONALD D. MARTIN, JR., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 13-834C |
| | ) | (Chief Judge Patricia Campbell-Smith) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT AND REQUEST FOR**
**ENLARGEMENT OF TIME TO COMPLETE DISCOVERY**

Pursuant to the Court's order dated December 9, 2015, the parties respectfully submit this joint status report and request for a further enlargement of time within which to complete discovery. Discovery in this action is currently scheduled to close January 8, 2016. The parties respectfully request an enlargement of 31 days, to and including February 8, 2016, to complete discovery. This is the parties' fifth request for an enlargement of time for this purpose.

As the parties previously reported, the parties are currently negotiating stipulations of fact that, if agreed upon, would obviate the need for the parties to take further discovery in this action. In the last 30 days, which included the intervening holidays, the parties have further narrowed the matters to be resolved, and only discrete issues remain unresolved before an agreement on the stipulations can be reached. The requested additional enlargement of time will facilitate the parties' efforts to achieve an agreement and allow the Court to resolve this matter on subsequent dispositive motions.

For these reasons, the parties respectfully request an enlargement of 31 days, to and including February 8, 2016, within which to complete discovery. The parties further propose filing a joint status report on or before February 8, 2016, proposing a schedule for further

proceedings, which may include a request for an additional enlargement of time to complete discovery.

                                    Respectfully submitted,

| | |
|---|---|
| s/Heidi R.Burakiewicz<br>HEIDI R. BURAKIEWICZ<br>Mehri & Skalet, PLLC<br>11250 Connecticut Ave., NW<br>Suite 300<br>Washington, D.C. 20036<br>(202) 822-5100 | BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General<br><br>ROBERT E. KIRSCHMAN, JR.<br>Director<br><br>s/Reginald T. Blades, Jr.<br>REGINALD T. BLADES, JR.<br>Assistant Director |
| Steven A. Skalet<br>Michael Lieder<br>Taryn Wilgus Null<br>Mehri & Skalet PLLC<br>1250 Connecticut Avenue NW<br>Suite 300<br>Washington, DC 20036<br>(202) 822-5100 | s/Joseph E. Ashman<br>JOSEPH E. ASHMAN<br>ERIN MURDOCK-PARK<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C.  20044<br>(202) 353-7578<br>jeashman@usdoj.gov |
| Attorneys for Plaintiffs | Attorneys for Defendant |

January 8, 2016