IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DONALD D. MARTIN, JR., *et al.*, | ) | |
| | ) | |
|           Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 13-834C |
| | ) | (Judge Patricia Campbell-Smith) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
|           Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's order dated March 10, 2017, the parties respectfully submit this status report regarding the parties' efforts to calculate the amount of liquidated damages due each collective action member pursuant to the Court's prior decisions. Since the parties' previous status report, the consultant engaged by defendant has continued to review collective action members' earnings and leave statements and time and attendance data. As previously reported, the Government has provided the consultant with data on approximately 19,000 plaintiffs, which the consultant is processing. Because the required information is in a variety of formats, processing and analyzing the data has been time consuming, and the consultant has made multiple requests for supplemental information from the pertinent agencies. Counsel for defendant continues to work with various agencies to complete the gathering of all pertinent payroll data for each collective action member. In addition, counsel for defendant has provided counsel for plaintiffs the names of plaintiffs for whom additional identifying information is necessary in order to identify and to request information from the appropriate agencies, and then to calculate the amount of liquidated damages that these plaintiffs may be due.

      The consultant is in the process of developing proposed methodologies for calculating the amount of damages that each plaintiff may be due, and will present that proposed methodology

to counsel for the plaintiffs and Government counsel once that process is complete. Thereafter, the consultant will calculate the amount of damages and present the findings to counsel for plaintiffs and Government counsel.

Pursuant to the Court's order, the parties will submit a joint status report on October 11, 2017, to further update the Court on the parties' damages calculation efforts.

Respectfully submitted,

| | |
|---|---|
| s/Heidi R. Burakiewicz<br>HEIDI R. BURAKIEWICZ<br>Kalijarvi, Chuzi, Newman & Fitch, P.C.<br>818 Connecticut Avenue, N.W.<br>Suite 1000<br>Washington, D.C. 20006<br>(202) 331-9260 | CHAD A. READLER<br>Acting Assistant Attorney General<br><br>ROBERT E. KIRSCHMAN, JR.<br>Director<br><br>s/Reginald T. Blades, Jr.<br>REGINALD T. BLADES, JR.<br>Assistant Director |
| Steven A. Skalet<br>Michael Lieder<br><br>Mehri & Skalet PLLC<br>1250 Connecticut Avenue NW<br>Suite 300<br>Washington, DC 20036<br>(202) 822-5100 | s/Joseph E. Ashman<br>JOSEPH E. ASHMAN<br>ERIN K. MURDOCK-PARK<br>Senior Trial Counsel<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 353-7578<br>jeashman@usdoj.gov |
| Attorneys for Plaintiffs | Attorneys for Defendant |

September 11, 2017